Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Filed 5/30/2024 - sb

_____ Division

Case No. 2:24-cv-00870-IM

*(to be filled in by the Clerk's Office)*

Plaintiff(s): **New Muslim Party (N.I.O.A.)**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): **State of Alabama**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: New Muslim Party (N.I.U.A.)
- All other names by which you have been known: Jecmel, Big Wolf, Genius, Popcorn
- ID Number: 24124924
- Current Institution: E.O.C.I.
- Address: 2500 Westgate
  - City: Pendleton
  - State: OR
  - Zip Code: 97801

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: State of Alabama
- Job or Title (if known):
- Shield Number:
- Employer:
- Address:
  - City:
  - State: Al
  - Zip Code:
- [ ] Individual capacity  [X] Official capacity

**Defendant No. 2**
- Name:
- Job or Title (if known):
- Shield Number:
- Employer:
- Address:
  - City:
  - State:
  - Zip Code:
- [ ] Individual capacity  [ ] Official capacity

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name _____
  Job or Title (if known) _____
  Shield Number _____
  Employer _____
  Address _____
  _____City_____  _____State_____  _____Zip Code_____
  ☐ Individual capacity  ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title (if known) _____
  Shield Number _____
  Employer _____
  Address _____
  _____City_____  _____State_____  _____Zip Code_____
  ☐ Individual capacity  ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  Jim Crow Laws

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*N/A*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See attached, but reparations are due for the Jim Crow Laws*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*The 1960's, mostly...*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

1960's

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Alabama is a terrible state and needs to distribute reparations,.... Insha-Allāh.... See attached....

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

So much pain.... Look at the murder rate in the city of Chicago from the "Great Migration"

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

We demand $1 Quadrillion or ownership of the State of Alabama for the sins of the past! Reparations are due!

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    *N/A*

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    *N/A*

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    *N/A*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*OR for reparations*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _Taylor_
   Defendant(s) _United States_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _District Court of OR_

3. Docket or index number
   _2:24-cv-00432-IM_

4. Name of Judge assigned to your case
   _Hon. Karin J. Immergut_

5. Approximate date of filing lawsuit
   _3/7/2024_

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _Moot_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _Taylor_
   Defendant(s) _Oregon Democratic Party_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _District Court of OR_

3. Docket or index number
   _2:24-cv-00452-IM_

4. Name of Judge assigned to your case
   _Hon. Karin J. Immergut_

5. Approximate date of filing lawsuit
   _3/14/24_

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _Still pending..._

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/6/24

Signature of Plaintiff: _Jm A. T (New Muslim Party)_
Printed Name of Plaintiff: Jermel A. Taylor
Prison Identification #: 24124924
Prison Address: 2500 Westgate
Pendleton, OR 97801

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

    City     State     Zip Code

Telephone Number
E-mail Address

N, I, U, A,
Work
AL.

## Bloody Sunday and More

Throughout Jan. and Feb. 1965, the SCLC's staff, in conjunction with several SNCC workers who also had continued organizing efforts in Selma, mounted an ongoing series of demonstrations targeted at the Dallas County Courthouse, which contained the offices of both the registrar and the combative Sheriff Clark.

On Wednesday evening, February 17, a small civil rights march was attacked by lawmen and one participant, Jimmy Lee Jackson, was shot by an Alabama state trooper. Several days later, Jackson died. They decided to show their respect for Jimmy by having a mass pilgrimage from Selma to the Alabama state capitol in Montgomery.

The march was scheduled for Sunday, March 7. The SCLC leaders, King and Ralph Abernathy, were in Atlanta preaching at their respective churches, and the 600 person column was led by the SCLC's Hosea Williams and SNCC chairman John Lewis. After crossing the Edmund Pettus Bridge over the Alabama River on the eastern edge of downtown Selma; when the column did not move, the gas-masked lawmen walked forward, pushing marchers to the ground and striking others with billy clubs and tear gas canisters were fired at the peaceful parade. Within seconds the scene was a bloody rout with mounted possemen chasing the marchers back across the bridge into Selma. #Reparationsaredue2024

Viola Liuzzo, a Michigan housewife, was shot dead by Alabama Klansmen as she drove between Selma and Montgomery.

# Reparations For Alabama

N.I.U.
Now

"Justice too long delayed is justice denied."

— MLK Jr. said it best in "Letter from Birmingham City Jail," he told us that waiting is another word for no! He told us that freedom is never voluntarily given by the oppressor; it must be demanded by the oppressed. It easy for those that have never felt the stinging darts of segregation to say wait for reparations. But when you have seen vicious mobs lynch your ancestors at whim; when you have seen hate-filled policemen shot black people with impunity; when you see the vast of 20 million Negroes in an airtight cage of poverty in the midst of an affluent society! Reparations Now!

— Shallow understanding from people of good will is more frustrating than absolute misunderstanding from people of ill will. Lukewarm acceptance is much more bewildering than outright rejection. The liberals say they are with us, but they don't campaign for reparations as hard as they do the Gay agenda. Reparations will rid the world of racial and economic injustice! Insha-Allāh. Because of Allāh, I am able to see the culprit; the Democratic-Republic Party! Reparations are due! Ya'll gone pay! Alhamdulillāh!

— Lil Popcorn off da block
New Muslim Party

"I Ain't Scared of Your Jails" #RAFNA2024

N.I.U.A.
Work
AL.

## Remember......

Jonathan Daniels, a young theological Catholic student who died in Haynesville, Ala., down in Lowndes County, standing up for the rights of black people.

James Reeb, a unitarian minister, was beaten to death when he came to march for us in Selma.

The four little innocent girls who died in a Sunday school class in the 16th Street Baptist Church in Birmingham.

Sammy Younge, organizer and former student at Tuskegee Institute who was killed for attempting to use "whites only" bathroom at a gas station near the Tuskegee campus in January 1966.

# Heart of Dixie State

N_I,U,A Publication

- **People Population** — 4,903,185
- **Racial distribution** — 69.1% White; 26.8% Black; 1.5% Asian; 0.7% Amer. Ind; Hispanic Population: 4.6%
- **Economy chief industries** — Chemicals, electronics, apparel, primary metals, lumber and wood products, food processing, fabricated metals, automotive tires, oil and gas exploration
- **Chief manuf. goods** — Poultry processing, paper and paperboard, iron and steel, petroleum, automotive tires, aerospace, aluminum, auto body parts
- **Chief crops** — cotton, greenhouse and nursery, hay, peanuts, corn, soybeans.
- **Farm income** — Crops: $1.23 bil; Livestock: $4.54 bil.
- **Nonfuel** — $1.7 bil; cement (Portland), lime, sand and gravel
- **Gross state product** — $231.0 bil.
- **Entered union:** Dec. 14, 1819

— Spanish explorers arrived in the early 1500's. The French made the first permanent settlement at Ft. Louis, 1702, and founded Mobile, 1711. France later gave up the entire region to England under the Treaty of Paris, 1763. Spanish forces took control of the Mobile Bay area, 1780, and it remained under Spanish control until seized by U.S. troops, 1813. Most of present-day Alabama was held by the Creeks until Gen. Andrew Jackson broke their power, 1814. When Alabama became a state, 1819, enslaved Black people made up 1/3 of the population. First house of the Confederacy [White House].

#Reparations2024

FILED 30 MAY '24 10:20USDC-ORP

## CERTIFICATE OF SERVICE

**CASE NAME:** Jermel A. Taylor New Muslim Party v. State of Alabama

**CASE NUMBER:** (if known) _____

COMES NOW, Jermel A. Taylor, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at E.O.C.I.

That on the 5 day of April, 20 24, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

1983 Packet

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

District Court of OR
1000 SW Third Ave
Portland, OR 97204

_____
(Signature)

Print Name Jermel A. Taylor
S.I.D. No.: 24124924

Page 1 of 1 –Certificate of Service          Form 03.015

Jermel A. Taylor
24124924

EOCI
2500 Westgate
Pendleton, Oregon 97801

NEOPOST
05/28/2024
US POSTAGE $002.58
FIRST CLASS MAIL
ZIP 97801
041M11468341

District Court of OR
1000 SW Third Ave
Portland, OR 97204